IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LINDA LAVERY,
a*s Personal Representative of the Estate
of RICHARD LAVERY*, et al.,

   Plaintiffs,

v.            CASE NO. 1:07-cv-00233-MP-AK

RJ REYNOLDS TOBACCO COMPANY,
*individually and as successor by merger to the
BROWN AND WILLIAMSON TOBACCO COMPANY
and the AMERICAN TOBACCO COMPANY*, et al.,

   Defendants.

_____/

# O R D E R

  This matter is before the Court on Doc. 4, Notice of Voluntary Dismissal, filed by

Plaintiff Linda Lavery.  Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, a

plaintiff may dismiss an action without order of court by filing a notice of dismissal at any time

before service by the adverse party of an answer or a motion for summary judgment.  Here this

was done.  Furthermore, the Plaintiff has expressly stated that the dismissal is without prejudice.

Therefore, this action is dismissed without prejudice, and the Clerk is directed to close this case.

  **DONE AND ORDERED** this  *21st* day of December, 2007

     *s/Maurice M. Paul*
     Maurice M. Paul, Senior District Judge